# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 25, 2025

## NO. 03-24-00765-CV

**Tangela Latasha Coleman, Appellant**

**v.**

**Pflugerville Wells Branch, LLC, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
## AFFIRMED -- OPINION BY JUSTICE CRUMP

This is an appeal from the final judgment signed by the trial court on October 30, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's final judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.